UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23953-CIV-OTAZO-REYES

**CONSENT CASE**

CHARISA WHITE,

    Plaintiff,

v.

REAL ESTATE ENTERPRISES, INC.,
and JEFFREY M. COHEN,

    Defendants.
_____/

**SCHEDULING ORDER**

THIS CAUSE came before the Court for Status Conference on January 15, 2016. In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED as follows:

1. The parties shall adhere to the following schedule:

| | |
|---|---|
| February 5, 2016 | Deadline to join additional parties and amend pleadings |
| February 26, 2016 | Deadline to file Proposed Order Scheduling Mediation |
| May 20, 2016 | Deadline to complete all fact discovery |
| June 3, 2016 | Deadline for the filing of all dispositive motions |
| July 1, 2016 | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| July 22, 2016 | Deadline to file joint pretrial stipulation |
| July 29, 2016 | Deadline to file proposed jury instructions |

2. A Pretrial Conference is hereby **SET** for **Wednesday, August 3, 2016, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

3. A Jury Trial is specially **SET** to commence on **Monday, August 8, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been reserved for the trial.

4. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within **ten days** of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of January 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record