UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23953-CIV-OTAZO-REYES

**CONSENT CASE**

CHARISA WHITE,

    Plaintiff,

v.

REAL ESTATE ENTERPRISES, INC.,
and JEFFREY M. COHEN,

    Defendants.
_____/

**ORDER AWARDING FEES AND COSTS**

    THIS CAUSE came before the Court upon Defendants Real Estate Enterprises, Inc. and Jeffrey M. Cohen's ("Defendants") Motion to Impose Sanctions on Plaintiff and Plaintiff's Counsel for Failure to Appear for Plaintiff's Properly-Noticed Deposition (hereafter, "Sanctions Motion") [D.E. 46], which the undersigned granted in part as to Plaintiff's Counsel Elliot Kozolchyk ("Kozolchyk"). See Order [D.E. 53]. In granting the Sanctions Motion, the undersigned required that Defendants "submit a statement of the fees incurred for Defendants' Counsel to appear at the June 1, 2016 deposition and the costs assessed by the court reporter" and further stated that "[t]he Court will award this amount as sanctions against Plaintiff's Counsel." Id.

    The following day, Defendants submitted the required statement, seeking fees and costs in the amount of $345 consisting of: $250 in attorney's fees, for 0.5 hour at a rate of $500 per hour; and $95.00 in costs for a court reporter appearance fee. [D.E. 54]. The Court finds these

2

fees and costs amounts to be reasonable and further notes that Kozolchyk has not objected. Accordingly, it is

ORDERED AND ADJUDGED that Defendants are awarded $345 in fees and costs as sanctions against Kozolchyk.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of June, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record