UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23953-CIV-OTAZO-REYES

**CONSENT CASE**

CHARISA WHITE,

    *Pro se* Plaintiff,

v.

REAL ESTATE ENTERPRISES, INC.,
and JEFFREY M. COHEN,

    Defendants.
_____/

**FINAL JUDGMENT**

In accordance with the Order Granting Defendants' Motion for Summary Judgment, it is

ORDERED AND ADJUDGED that Final Judgment of no liability is hereby ENTERED in favor of Defendants Real Estate Enterprises, Inc. ("REE") and Jeffrey M. Cohen ("Cohen") (together, "Defendants") and against Plaintiff Charisa White ("Plaintiff" or "White") as to Plaintiff's claims in this action. It is further

ORDERED AND ADJUDGED that Final Judgment in the amount of $994.01 is hereby ENTERED in favor of Defendants and against Plaintiff as to the counterclaim in this action.

The Court retains jurisdiction to address any appropriate motions for attorney's fees and costs. All pending motions not otherwise ruled upon are DENIED as moot and this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, on this 7th day of September, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

Counsel of Record

Copies furnished by mail to:

Charisa White
500 N.W. 2nd Ave. General Delivery
Miami, FL 33101